IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DWAYNE WILLIAMS, | )<br>) |
| Plaintiff, | )<br>)   Case No.: 02-2880 D |
| v. | )<br>) |
| SHELBY COUNTY, et al., | )<br>) |
| Defendant. | )<br>) |

### ORDER OF DISMISSAL AS TO PLAINTIFF DWAYNE WILLIAMS

The death of Plaintiff Dwayne Williams was suggested on the record. No motion to substitute a proper party has been filed, and ninety (90) days have passed after the filing of the suggestion of death. Accordingly, pursuant to Fed.R.Civ.P. 25(a)(1), this action is dismissed with prejudice.

**IT IS SO ORDERED** this 17th day of June, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:02-CV-02880 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT