UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 AM 10: 2:

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**DWAYNE WILLIAMS**                              **JUDGMENT IN A CIVIL CASE**

v.

**SHELBY COUNTY, et al.**                        CASE NO: 02-2880-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal As To Plaintiff Dwayne Williams entered on June 20, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

*/s/ Bernice B. Donald*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 22, 2005
Date

THOMAS M. GOULD
Clerk of Court

*/s/*
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-23-05



108

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:02-CV-02880 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Dwayne Williams
12561 South Michigan
Chicago, IL 60628

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT